**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

M. RANDY RICE,                                                                                                    PLAINTIFF
as Chapter 7 Trustee

v.                                              No. 4:11MC00001 JLH

LUKEN COMMUNICATIONS, LLC;
and HENRY G. LUKEN, III                                                                                  DEFENDANTS

**ORDER**

The defendants have filed a demand for jury trial and a motion to withdraw the reference. Plaintiff is directed to file a response on or before January 27, 2011. The defendants may file a reply within seven days after the plaintiff files his response.

IT IS SO ORDERED this 13th of January, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE