**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

M. RANDY RICE,                                                                    PLAINTIFF
as Chapter 7 Trustee

v.                                    No. 4:11MC00001 JLH

LUKEN COMMUNICATIONS, LLC;
and HENRY G. LUKEN, III                                                  DEFENDANTS

## ORDER

  Gregory H. Bevel, of the law firm Rochelle McCullough, LLP, has filed a motion for

admission *pro hac vice* to represent the Trustee as special counsel in this action.  The motion is

GRANTED.  Document #7.  Gregory H. Bevel is hereby admitted to appear before this Court to

represent the Trustee as special counsel in this action.

  IT IS SO ORDERED this 28th of January, 2011.


_____

J. LEON HOLMES
UNITED STATES DISTRICT JUDGE