**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

M. RANDY RICE,                                                                                            PLAINTIFF
as Chapter 7 Trustee

v.                                              No. 4:11MC00001 JLH

LUKEN COMMUNICATIONS, LLC;
and HENRY G. LUKEN, III                                                                          DEFENDANTS

## ORDER

Kerry Ann Miller of the law firm Rochelle McCullough, LLP, has filed a motion for admission *pro hac vice*. The motion is GRANTED. Document #15. Kerry Ann Miller is hereby admitted to appear before this Court to represent the Trustee as special counsel in this action.

IT IS SO ORDERED this 7th of March, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE