**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

| | |
|---|---|
| M. RANDY RICE,<br>as Chapter 7 Trustee | PLAINTIFF |
| v.    No. 4:11MC00001 JLH | |
| LUKEN COMMUNICATIONS, LLC;<br>and HENRY G. LUKEN, III | DEFENDANTS |

### ORDER

Scott M. DeWolf of the law firm Rochelle McCullough, LLP, has filed a motion for admission *pro hac vice*. The motion is GRANTED. Document #16. Scott M. DeWolf is hereby admitted to appear before this Court to represent the Trustee as special counsel in this action.

IT IS SO ORDERED this 7th of March, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE